UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                      Case No.:   17-10385-CMG
                                            Chapter:    7
Ryan D Shutz                                Judge:      Christine M. Gravelle

---

### NOTICE OF PROPOSED ABANDONMENT

JOHN W. HARGRAVE, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| |
|---|
| Address of the Clerk:<br>Clerk, US Bankruptcy Court<br>Clarkson S. Fisher U. S. Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on February 26, 2019 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

| Description of Real Property | Petition Value |
|---|---|
| 1    403 Hadleigh Lane, North Brunswick, NJ  08902-4236 ½ owner | $262, 146.00 |

Liens on property:

| Description of Real Property | Creditors Info | Amount of Claim |
|---|---|---|
| 1    403 Hadleigh Ln, North Brunswick, NJ - 08902-4236Lot 1 Block 4.44Lot 1Block 4.44Governors Point Bldg. 35Value per Zillow ½ owner | 1st mort..   Nationstar Mortgage | $280, 076.00 |

Amount of Equity claimed as exempt:

| Description of Real Property | Value of Claimed Exemption |
|---|---|
| 1    403 Hadleigh Ln, North Brunswick, NJ - 08902-4236Lot 1 Block 4.44Lot 1Block 4.44Governors Point Bldg. 35Value per Zillow ½ owner | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:          /s/ John W. Hargrave

Address:       117 Clements Bridge Road, Barrington, NJ 08007

Telephone No.:   (856) 547-6500